# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re: MCKAY, RICHARD D         §   Case No. 11-30366

                                             §

                                             §

Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KIP M. KALER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $163,993.12
*(without deducting any secured claims)*

Assets Exempt: $157,456.44

Total Distribution to Claimants: $3,030.12

Claims Discharged
Without Payment: $55,119.40

Total Expenses of Administration: $1,562.03

3) Total gross receipts of $ 4,592.15 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,592.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,791.09 | $4,869.24 | $4,869.24 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,562.03 | 1,562.03 | 1,562.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,975.26 | 11,463.16 | 11,463.16 | 3,030.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,024.93 | 24,371.34 | 24,371.34 | 0.00 |
| **TOTAL DISBURSEMENTS** | $53,791.28 | $42,265.77 | $42,265.77 | $4,592.15 |

4)  This case was originally filed under Chapter 7 on April 08, 2011. The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/14/2012_____   By:_/s/KIP M. KALER_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BOATS, MOTORS AND ACCESSORIES. | 1129-000 | 114.83 |
| MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED | 1129-000 | 200.00 |
| ANIMALS. | 1129-000 | 2.00 |
| FARMING EQUIPMENT AND IMPLEMENTS. | 1129-000 | 3,775.17 |
| FARMING EQUIPMENT | 1229-000 | 500.00 |
| Interest Income | 1270-000 | 0.15 |
| **TOTAL GROSS RECEIPTS** | | **$4,592.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | North Country Bank | 4210-000 | 4,869.24 | 4,869.24 | 4,869.24 | 0.00 |
| NOTFILED | US Bank | 4110-000 | 5,196.17 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 725.68 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,791.09** | **$4,869.24** | **$4,869.24** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KIP M. KALER | 2100-000 | N/A | 1,148.04 | 1,148.04 | 1,148.04 |
| KIP M. KALER | 2200-000 | N/A | 110.15 | 110.15 | 110.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.84 | 3.84 | 3.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,562.03 | $1,562.03 | $1,562.03 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | North Dakota Department of Labor | 5800-000 | unknown | 11,463.16 | 11,463.16 | 3,030.12 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stutsman Co Treasurer | 5200-000 | 1,487.63 | N/A | N/A | 0.00 |
| NOTFILED | Stutsman Co Treasurer | 5200-000 | 1,487.63 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,975.26 | $11,463.16 | $11,463.16 | $3,030.12 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First National Bank of Omaha | 7100-000 | 1,168.75 | 1,360.27 | 1,360.27 | 0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | 1,626.91 | 1,819.24 | 1,819.24 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 6,036.79 | 7,111.83 | 7,111.83 | 0.00 |
| 5 | US BANK N.A. | 7100-000 | 762.18 | 404.28 | 404.28 | 0.00 |
| 6 | U.S. Bank N.A. | 7100-000 | 6,581.06 | 7,011.21 | 7,011.21 | 0.00 |
| 7 | U.S. Bank N.A. | 7100-000 | 558.78 | 2,571.87 | 2,571.87 | 0.00 |
| 8 | U.S. Bank N.A. | 7100-000 | 1,016.99 | 667.00 | 667.00 | 0.00 |
| 10 | HSBC Bank Nevada, N.A. | 7100-000 | 2,933.71 | 3,425.64 | 3,425.64 | 0.00 |
| NOTFILED | Bill McKay | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 6,027.76 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Cards | 7100-000 | 11,312.00 | N/A | N/A | 0.00 |
| NOTFILED | Jill Tahran | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,024.93 | $24,371.34 | $24,371.34 | $0.00 |

Exhibit 8

# Form 1
Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-30366 | Trustee:          (540050)    KIP M. KALER |
| Case Name:    MCKAY, RICHARD D | Filed (f) or Converted (c):    04/08/11 (f) |
| | §341(a) Meeting Date:    05/20/11 |
| Period Ending: 12/14/12 | Claims Bar Date:    09/26/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CEMETERY LOT, CEMETERY LOT LOCATED AT HIGHLAND H<br>   Orig. Asset Memo: Orig. Description: Cemetery Lot, Cemetery Lot Located At Highland Home Cemetery, Division D, Section K, in between blocks 12 and 13., Grave space 12B; Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 2 | HOMESTEAD 3024 WEST LAKESIDE ROAD LOT #34 (NEEDS<br>   Orig. Asset Memo: Orig. Description: Homestead 3024 West Lakeside Road Lot #34 (Needs Work), Jamestown, ND 58401, Lot-034, Cabins West Side, (Appraisal Value, Dated March 2, 2011); Imported from original petition Doc# 1 | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>   Orig. Asset Memo: Original petition value: -6500.00; Orig. Description: US Bank Checking Account (Ending In 36); Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>   Orig. Asset Memo: Orig. Description: North Country Bank Savings Account (Ending In 53); Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>   Orig. Asset Memo: Original petition value: -2400.00; Orig. Description: US Bank Checking Account (Ending In 99); Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C<br>   Orig. Asset Memo: Orig. Description: Gate City Bank Checking Account; Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO | 895.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-30366 | Trustee: | (540050) | KIP M. KALER |
| Case Name: | MCKAY, RICHARD D | Filed (f) or Converted (c): | 04/08/11 (f) | |
| | | §341(a) Meeting Date: | 05/20/11 | |
| Period Ending: 12/14/12 | | Claims Bar Date: | 09/26/11 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Orig. Asset Memo: Orig. Description: Household goods and furnishings, including audio, video, and computer equipment.; Imported from original petition Doc# 1 | | | | | |
| 8 | BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, <br> Orig. Asset Memo: Orig. Description: Books, Pictures, Antiques, CDs; Imported from original petition Doc# 1 | 390.00 | 0.00 | DA | 0.00 | FA |
| 9 | WEARING APPAREL. <br> Orig. Asset Memo: Orig. Description: Wearing Apparel, Accessories, and Shoes; Imported from original petition Doc# 1 | 325.00 | 0.00 | DA | 0.00 | FA |
| 10 | FURS AND JEWELRY. <br> Orig. Asset Memo: Orig. Description: (2) Watches; Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB <br> Orig. Asset Memo: Orig. Description: Remington Model 1100-20 Gauge Shotgun, Winchester Model 70-30.06 XTR Rifle, Binoculars; Imported from original petition Doc# 1 | 385.00 | 0.00 | DA | 0.00 | FA |
| 12 | INTERESTS IN INSURANCE POLICIES. NAME INSURANCE <br> Orig. Asset Memo: Orig. Description: ReliaStar Life Insurance Company Whole Life Insurance Policy (Daugher is Beneficiary); Imported from original petition Doc# 1 | 691.36 | 0.00 | DA | 0.00 | FA |
| 13 | INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION <br> Orig. Asset Memo: Orig. Description: Cargill Retirement 401(K); Imported from original petition Doc# 1 | 50,085.76 | 0.00 | DA | 0.00 | FA |
| 14 | ACCOUNTS RECEIVABLE. <br> Orig. Asset Memo: Orig. Description: Disability | Unknown | 0.00 | DA | 0.00 | FA |

Printed: 12/14/2012 02:55 PM     V.13.04

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-30366 | Trustee: (540050)   KIP M. KALER |
| Case Name: MCKAY, RICHARD D | Filed (f) or Converted (c): 04/08/11 (f) |
| | §341(a) Meeting Date: 05/20/11 |
| Period Ending: 12/14/12 | Claims Bar Date: 09/26/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Claim; Imported from original petition Doc# 1 | | | | | |
| 15 | ACCOUNTS RECEIVABLE.<br>　Orig. Asset Memo: Orig. Description: Anticipated 2010 Tax Refund; Imported from original petition Doc# 1 | 121.00 | 0.00 | DA | 0.00 | FA |
| 16 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>　Orig. Asset Memo: Orig. Description: 2001 Ford F-150 Supercrew (Tires are worn, Clutch is going out - Cost $1000 to fix) (NADA Valuation $10,975); Imported from original petition Doc# 1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES<br>　Orig. Asset Memo: Orig. Description: 1984 GMC S-15 (Good Faith Estimate); Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 18 | BOATS, MOTORS AND ACCESSORIES.<br>　Orig. Asset Memo: Orig. Description: 1970 Montgomery Ward 12' Boat (Good Faith Estimate); Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 19 | BOATS, MOTORS AND ACCESSORIES.<br>　Orig. Asset Memo: Orig. Description: 1980 Evenrude Motor 9.9 HP (Good Faith Estimate); Imported from original petition Doc# 1 | 200.00 | 114.83 | | 114.83 | FA |
| 20 | MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED<br>　Orig. Asset Memo: Orig. Description: Floor Covering Stretcher, Seamer, Stapler, Hand Tools; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 200.00 | FA |
| 21 | ANIMALS.<br>　Orig. Asset Memo: Orig. Description: Dog and Cat; Imported from original petition Doc# 1 | 2.00 | 2.00 | | 2.00 | FA |
| 22 | FARMING EQUIPMENT AND IMPLEMENTS.<br>　Orig. Asset Memo: Orig. Description: 2001 John Deere Skidsteer (Good Faith Estimate); Imported from | 8,645.00 | 3,775.17 | | 3,775.17 | FA |

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-30366 | Trustee:        (540050)    KIP M. KALER |
| Case Name:    MCKAY, RICHARD D | Filed (f) or Converted (c):  04/08/11 (f) |
| | §341(a) Meeting Date:    05/20/11 |
| Period Ending: 12/14/12 | Claims Bar Date:        09/26/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | original petition Doc# 1 | | | | | |
| 23 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>Dodge | 700.00 | 700.00 | DA | 0.00 | FA |
| 24 | FARMING EQUIPMENT  (u)<br>1995 John Deere 318 Riding Lawn Mower | 500.00 | 500.00 | | 500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.15 | FA |
| 25 | **Assets    Totals** (Excluding unknown values) | **$173,540.12** | **$5,292.00** | | **$4,592.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Closed

**Initial Projected Date Of Final Report (TFR):**    April 30, 2012        **Current Projected Date Of Final Report (TFR):**    August 20, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-30366 | |
| Case Name: | MCKAY, RICHARD D | |
| | | |
| Taxpayer ID #: | **-***9203 | |
| Period Ending: | 12/14/12 | |

| | |
|---|---|
| Trustee: | KIP M. KALER (540050) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******25-65 - Checking Account |
| Blanket Bond: | $13,150,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/11 | | Richard D. McKay | Non-exempt assets - first payment | | 1,000.00 | | 1,000.00 |
| | {21} | | 2.00 | 1129-000 | | | 1,000.00 |
| | {19} | | 114.83 | 1129-000 | | | 1,000.00 |
| | {20} | | 200.00 | 1129-000 | | | 1,000.00 |
| | {24} | | 500.00 | 1229-000 | | | 1,000.00 |
| | {22} | | 183.17 | 1129-000 | | | 1,000.00 |
| 06/24/11 | {22} | Richard D. McKay | Non-exempt assets first payment | 1129-000 | 1,000.00 | | 2,000.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.84 | 1,996.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,996.18 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,971.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,971.19 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,946.19 |
| 10/06/11 | {22} | Richard McKay | Payment for nonexempt assets | 1129-000 | 1,000.00 | | 2,946.19 |
| 10/06/11 | {22} | Richard McKay | Payment for nonexempt assets | 1129-000 | 1,000.00 | | 3,946.19 |
| 10/19/11 | {22} | Richard McKay | Final payment for nonexempt property | 1129-000 | 592.00 | | 4,538.19 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,538.22 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,513.22 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,513.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,488.25 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,488.28 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,463.28 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,463.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,438.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,413.31 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,388.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,363.31 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,338.31 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,313.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,288.31 |
| 10/08/12 | 1001 | North Dakota Department of Labor | Dividend paid  26.43% on $11,463.16; Claim# 9; Filed: $11,463.16; Reference: | 5800-000 | | 3,030.12 | 1,258.19 |
| 10/08/12 | 1002 | KIP M. KALER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,258.19 | 0.00 |
| | | | Dividend paid 100.00%            1,148.04<br>on $1,148.04;  Claim# ; | 2100-000 | | | 0.00 |

| | | |
|---|---|---|
| | Subtotals : | $4,592.15    $4,592.15 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-30366 |
| Case Name: | MCKAY, RICHARD D |
| Taxpayer ID #: | **-***9203 |
| Period Ending: | 12/14/12 |

| | |
|---|---|
| Trustee: | KIP M. KALER (540050) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******25-65 - Checking Account |
| Blanket Bond: | $13,150,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,148.04 | | | | |
| | | | Dividend paid 100.00%          110.15<br>on $110.15;  Claim# ;<br>Filed: $110.15 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,592.15 | 4,592.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,592.15 | 4,592.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $4,592.15 | $4,592.15 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******25-65** | 4,592.15 | 4,592.15 | 0.00 |
| | $4,592.15 | $4,592.15 | $0.00 |